UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61533-CIV-GRAHAM/GOODMAN

WILLIAM RUIZ,

 Plaintiff,
v.

ARISTIDE PLOUMIS and
BEAVER RECYLING INC.,

 Defendants.
_____/

**PRELIMINARY ORDER ON REFERRAL FOR SETTLEMENT CONFERENCE**

 THIS CAUSE is before the Undersigned on the District Court's Order of Reference for Settlement Conference. (DE# 14.) The Undersigned will issue a separate order setting the date and time of the settlement conference. The purpose of this preliminary order is to inform the parties of the Undersigned's settlement conference procedures.

 As per the District Court's reference order, all counsel of record <u>and</u> a representative of each party are required to attend. The authorized representative must have <u>full authorization</u> to negotiate, submit, and accept offers of settlement. Because he is an individual defendant, Mr. Ploumis must personally attend the settlement conference. Beaver Recycling Inc., however, as a corporate entity, must appoint an authorized corporate representative. The authorized representative may be Mr. Ploumis (if appropriate), or another individual.

 Any corporate representative must attend the settlement conference with full authorization to compromise on all reasonably expected settlement

1

contingencies. These include, but are not limited to, the amount of damages, payment schedules, non-disparagement and nondisclosure clauses, and equitable relief.

Finally, the Undersigned finds it useful for each party to prepare a short summary of the procedural posture of the case and a description of the specific claims still at issue, including each party's evidentiary support or legal defenses. The parties should also include any other details not specifically listed in this order but that either party believes is important to a potential settlement of this case. This statement will be **confidential** and will only be read by the Undersigned and/or the law clerk working on the file. To that end, the parties will be required to email a copy to the Undersigned's e-file inbox at goodman@flsd.uscourts.gov no later than two days before the settlement conference.

The Court prefers to schedule mediation for a date convenient to the parties. To that end, the Court's staff will be in touch with counsel to coordinate the scheduling.

**DONE and ORDERED**, in Chambers, in Miami, Florida, this 25th day of August, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Donald Graham

All counsel of record